# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
OWEN HARTY,                         :
                                    :  CIVIL ACTION
         Plaintiff                  :
                                    :
     vs.                            :  NO. 18-CV-5474
                                    :
GRAND-SASSO, INC.,                  :
                                    :
         Defendant                  :
```

## ORDER

AND NOW, this                    day of June, 2019, upon consideration of the Motion of Defendant Grand-Sasso, Inc. to Dismiss Plaintiff's Complaint for Lack of Standing Pursuant to Fed. R. Civ. P. 12(b)(1) (Doc. No. 5) and Plaintiff's Response in Opposition thereto, it is hereby ORDERED that the Motion is STAYED for a period of sixty (60) days to permit the parties to undertake discovery into the veracity of Plaintiff's factual allegations supporting his claim that this Court has proper subject matter jurisdiction.

IT IS FURTHER ORDERED that at the conclusion of that sixty-day timeframe, the parties are DIRECTED to file supplemental

briefing together with any evidentiary record that has been developed.

                                        BY THE COURT:

                                        s/ J. Curtis Joyner

                                        _____
                                        J. CURTIS JOYNER,    J.